| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 __Patrick__ __J.__ __Bizzari Jr.__ First Name / Middle Name / Last Name | Check if this is: |
| Debtor 2 __Elizabeth__ __T.__ __Bizzari__ (Spouse, if filing) First Name / Middle Name / Last Name | ☒ An amended filing |
| United States Bankruptcy Court for the: __Eastern__ District of __Pennsylvania__ | ☐ A supplement showing postpetition chapter 13 expenses as of the following date: |
| Case number __13-17729__ (If known) | _____ MM / DD / YYYY |

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. Is this a joint case?

    ☐ No. Go to line 2.
    ☒ Yes. Does Debtor 2 live in a separate household?

    ☒ No
    ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. Do you have dependents?    ☒ No
   Do not list Debtor 1 and Debtor 2.    ☐ Yes. Fill out this information for each dependent..........
   Do not state the dependents' names.

   | | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|---|
   | | _____ | _____ | ☐ No ☐ Yes |
   | | _____ | _____ | ☐ No ☐ Yes |
   | | _____ | _____ | ☐ No ☐ Yes |
   | | _____ | _____ | ☐ No ☐ Yes |
   | | _____ | _____ | ☐ No ☐ Yes |

3. Do your expenses include expenses of people other than yourself and your dependents?    ☐ No    ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

Your expenses

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.    4. $ __687.92__

   If not included in line 4:

   4a. Real estate taxes    4a. $_____
   4b. Property, homeowner's, or renter's insurance    4b. $_____
   4c. Home maintenance, repair, and upkeep expenses    4c. $_____
   4d. Homeowner's association or condominium dues    4d. $_____

Debtor 1   Patrick      J.         Bizzari Jr.                     Case number (if known) 13-17729
           First Name   Middle Name   Last Name
           Elizabeth    T.         Bizzari

Your expenses

5. Additional mortgage payments for your residence, such as home equity loans    5.   $ _____

6. Utilities:
   6a. Electricity, heat, natural gas                                             6a.  $ 300.00
   6b. Water, sewer, garbage collection                                           6b.  $ 50.00
   6c. Telephone, cell phone, Internet, satellite, and cable services             6c.  $ 175.00
   6d. Other. Specify: __Security System__                                        6d.  $ 34.99

7. Food and housekeeping supplies                                                 7.   $ 600.00

8. Childcare and children's education costs                                       8.   $ _____

9. Clothing, laundry, and dry cleaning                                            9.   $ 50.00

10. Personal care products and services                                           10.  $ _____

11. Medical and dental expenses                                                   11.  $ 250.00

12. Transportation. Include gas, maintenance, bus or train fare.
    Do not include car payments.                                                  12.  $ 350.00

13. Entertainment, clubs, recreation, newspapers, magazines, and books            13.  $ _____

14. Charitable contributions and religious donations                              14.  $ _____

15. Insurance.
    Do not include insurance deducted from your pay or included in lines 4 or 20.

    15a. Life insurance                                                           15a. $ _____
    15b. Health insurance                                                         15b. $ _____
    15c. Vehicle insurance                                                        15c. $ 250.00
    15d. Other insurance. Specify: _____                                     15d. $ _____

16. Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: _____                                                           16.  $ _____

17. Installment or lease payments:
    17a. Car payments for Vehicle 1                                               17a. $ _____
    17b. Car payments for Vehicle 2                                               17b. $ _____
    17c. Other. Specify: _____                                               17c. $ _____
    17d. Other. Specify: _____                                               17d. $ _____

18. Your payments of alimony, maintenance, and support that you did not report as deducted from
    your pay on line 5, Schedule I, Your Income (Official Form 106I).             18.  $ _____

19. Other payments you make to support others who do not live with you.
    Specify: _____                                                           19.  $ _____

20. Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.
    20a. Mortgages on other property                                              20a. $ _____
    20b. Real estate taxes                                                        20b. $ _____
    20c. Property, homeowner's, or renter's insurance                             20c. $ _____
    20d. Maintenance, repair, and upkeep expenses                                 20d. $ _____
    20e. Homeowner's association or condominium dues                              20e. $ _____

Debtor 1 _____   Case number (if known) __13-17729__
         First Name   Middle Name   Last Name

21. Other. Specify: _____   21.   +$ _____

22. **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.   22a.   $ 2,747.91

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2   22b.   $ 2,747.91

    22c. Add line 22a and 22b. The result is your monthly expenses.   22c.   $ 2,747.91

23. **Calculate your monthly net income.**

    23a. Copy line 12 (*your combined monthly income*) from *Schedule I*.   23a.   $ 3,934.37

    23b. Copy your monthly expenses from line 22c above.   23b.   −$ 2,747.91

    23c. Subtract your monthly expenses from your monthly income.
         The result is your *monthly net income*.   23c.   $ 1,186.46

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☐ No.
    ☐ Yes.   Explain here: