United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 13-17729-amc
Patrick J Bizzari, Jr                                               Chapter 13
Elizabeth T. Bizzari
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2       User: Marie            Page 1 of 1              Date Rcvd: Oct 03, 2016
                           Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2016.
db/jdb         +Patrick J Bizzari, Jr,   Elizabeth T. Bizzari,   438 Edgemore Road,
                 Philadelphia, PA 19151-4017

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2016 at the address(es) listed below:
              ANDREA B. PAUL    on behalf of Debtor Patrick J Bizzari, Jr lawabp@aol.com
              ANDREA B. PAUL    on behalf of Joint Debtor Elizabeth T. Bizzari lawabp@aol.com
              ANDREW F GORNALL    on behalf of Creditor    JP MORGAN CHASE BANK, NA agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JP MORGAN CHASE BANK, NA bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA, Inc.
               mortonlaw.bcraig@verizon.net,   mhazlett@mortoncraig.com
                                                                                             TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Patrick J. Bizzari Jr.<br>Elizabeth T. Bizzari  Debtors | | CHAPTER 13 |
| JPMorgan Chase Bank, N.A.<br>            Movant<br>vs. | | NO. 13-17729 AMC |
| Patrick J. Bizzari Jr.<br>Elizabeth T. Bizzari  Debtors | | |
| William C. Miller Esq.  Trustee | | 11 U.S.C. Section 362 |

### STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by Movant on Debtors' residence is **$16,327.68,** which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | April 2015 through November 2015 at $920.47 each<br>December 2015 through September 2016 at $960.34 each |
| Less Suspense Balance: | ($639.48) |
| **Total Post-Petition Arrears** | **$16,327.68** |

2. Debtors shall cure said arrearages in the following manner;

   a). Within seven (7) days of the filing of this Stipulation, Debtors shall file a Motion to Amend the Chapter 13 Plan to include the post-petition arrears of **$16,327.68** along with the pre-petition arrears;

   b). Movant shall file an Amended or Supplemental Proof of Claim to include the post-petition arrears of **$16,327.68** along with the pre-petition arrears;

   c). The new 410A form for a Proof of Claim shall not be required for this Amended or Supplemental Proof of Claim;

   d). Maintenance of current monthly mortgage payments to Movant thereafter.

3. Should Debtors provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4. In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, Movant shall notify Debtors and Debtors's attorney of the default in writing

and Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtors should fail to cure the default within fifteen (15) days, Movant may file a Certification of Default with the Court and the Court shall enter an Order granting Movant relief from the automatic stay.

5. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6. If the case is converted to Chapter 7, Movant shall file a Certification of Default with the court and the court shall enter an order granting Movant relief from the automatic stay.

7. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8. The provisions of this stipulation do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9. The parties agree that a facsimile signature shall be considered an original signature.

Date: September 29, 2016    By:    /s/ Joshua I. Goldman, Esquire
                                   Joshua I. Goldman, Esquire
                                   Thomas Puleo, Esquire
                                   Attorneys for Movant
                                   KML Law Group, P.C.
                                   Main Number: (215) 627-1322

Date: 9/30/2016

ANDREA B. PAUL, ESQUIRE
Attorney for Debtors

Approved by the Court this 3rd day of October, 2016. However, the court retains discretion regarding entry of any further order.

Bankruptcy Judge
Ashely M. Chan