## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| PATRICK J. BIZZARI JR. | : | CASE NO. 13-17727 |
| and ELIZABETH T. BIZZARI | : | |

### CERTIFICATE OF NO RESPONSE

TO THE COURT:

I, Andrea B. Paul, Esquire, hereby certify that there has been No Response or Objection to Debtors' Motion to Amend Plan after Confirmation

*/s/ Andrea B. Paul*
ANDREA B. PAUL, Esquire
Attorney for Debtors