# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| PATRICK J. BIZZARI, JR. | : | BANKRUPTCY |
| and ELIZABETH T. BIZZZARI | : | |
| | : | NO. 13-17729 |

## ORDER

AND NOW, this ____ day of Nov. , 2016, upon consideration of Debtors' Motion to Amend Plan after Confirmation, it is hereby **ORDERED** and **DECREED** that the Debtors are granted leave to file an Amended Plan.

BY THE COURT

_____ J.