**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                    :        CHAPTER 13
                                          :
PATRICK J. BIZZARI, JR.                   :
and ELIZABETH T. BIZZARI                  :        NO. 13-17729

**DEBTORS' AMENDED**
**CHAPTER 13 PLAN**

1.  The future earnings of the Debtors are submitted to the supervision and control of the Trustee and the Debtors shall pay to the Trustee the sum of $118.40 per month for 3 months, then $168.00 for 20 months and then, after full payment for Chevy Equinnox outside Plan, and then the sum of $400.00 per month for 13 months and then the amount of $1,142.00 for the remaining 24 months of the Plan for a total of 60 months.

2.  From payments so received, the Trustee shall make disbursements as follows:

    (a)  Full payment in deferred cash payments of all claims entitled to priority under 11USC § 507.

        1. There are no priority debts.

    (b)  Holders of allowed secured claims shall retain the liens securing the claims and shall be paid as follows:

        1. Arrears due to JP Morgan Chase Bank, N.A. (Claim # 5) including additional $16,327.68 and Springleaf Financial Services (Claim # 6) shall be paid through the Plan. Debtors shall make current post petition payments outside the Plan to Secured Creditors, JP Morgan Chase Bank, N.A. and Springleaf Financial Services.

        2. Secured Claim to City of Philadelphia shall be paid through the Plan.

        3. Santander Consumer USA (Claim # 3) shall not be provided for in the Plan. Debtors' daughter has possession of the automobile (Jeep) and is paying said Creditor.

        4. Sallie Mae (Claim # 4) shall be paid outside the Plan.

    (c)  Subsequent to – pro-rata with dividends to Secured Creditors, Dividends to unsecured creditors whose claims are duly allowed as follows:

        1. Unsecured debts including Claim # 1 that file their claims timely shall be reduced and paid pro rata through the Plan.

3.  The following executory contracts of the debtor are rejected: None.

4.  Trustee Fees. Percentage fees payable to the trustee will be paid at the rate fixed by the United States Trustee, not to exceed 10%.

*Andrea B. Paul*
ANDREA B. PAUL, Esquire
Attorney for Debtors
