United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 13-17729-amc
Patrick J Bizzari, Jr                                           Chapter 13
Elizabeth T. Bizzari
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Stacey              Page 1 of 1              Date Rcvd: Nov 08, 2016
                              Form ID: pdf900           Total Noticed: 7
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2016.
```
db/jdb         +Patrick J Bizzari, Jr,   Elizabeth T. Bizzari,   438 Edgemore Road,
                 Philadelphia, PA 19151-4017
cr             +NCEP, LLC,    P.O. Box 165028,    Irving, TX 75016-5028
cr             +NCEP, LLC by AIS Data Services, LP as agent,    PO Box 165028,    Irving, TX 75016-5028
cr             +Santander Consumer USA, Inc.,    P.O. Box 562088, Suite 900 North,    Dallas, TX 75356-2088
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Nov 09 2016 02:29:16     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 09 2016 02:28:44
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 09 2016 02:29:01     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                                TOTAL: 3
```

```
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2016                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2016 at the address(es) listed below:
```
              ANDREA B. PAUL    on behalf of Debtor Patrick J Bizzari, Jr lawabp@aol.com
              ANDREA B. PAUL    on behalf of Joint Debtor Elizabeth T. Bizzari lawabp@aol.com
              ANDREW F GORNALL    on behalf of Creditor   JP MORGAN CHASE BANK, NA agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   JP MORGAN CHASE BANK, NA bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor   Santander Consumer USA, Inc.
               mortonlaw.bcraig@verizon.net,  mhazlett@mortoncraig.com
                                                                                             TOTAL: 7
```

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| PATRICK J. BIZZARI, JR. | : | BANKRUPTCY |
| and ELIZABETH T. BIZZZARI | : | |
| | : | NO. 13-17729 |

## ORDER

AND NOW, this ____ day of Nov. , 2016, upon consideration of Debtors' Motion to Amend Plan after Confirmation, it is hereby **ORDERED** and **DECREED** that the Debtors are granted leave to file an Amended Plan.

BY THE COURT

_____ J.