**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Bizzari, Elizabeth T.
       Debtor(s)

CHAPTER 13

BKY. NO. 13-17729 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of JPMorgan Chase Bank, N.A., as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 6682

          Respectfully submitted,

          **/s/Brian C. Nicholas, Esquire**
          Brian C. Nicholas, Esquire
          Thomas Puleo, Esquire
          KML Law Group, P.C.
          701 Market Street, Suite 5000
          Philadelphia, PA 19106-1532
          (215) 825-6306  FAX (215) 825-6406