United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Patrick J Bizzari, Jr
Elizabeth T. Bizzari
    Debtors

Case No. 13-17729-amc
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Stacey     Page 1 of 1     Date Rcvd: Apr 11, 2017
                        Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13201152       E-mail/PDF: cbp@onemainfinancial.com Apr 12 2017 01:31:50
        SPRINGLEAF FINANCIAL SERVICES, INC.,   P.O. BOX 3251,   EVANSVILLE, IN 47731
                                                                                                                                          TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2017                                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2017 at the address(es) listed below:
        ANDREA B. PAUL    on behalf of Debtor Patrick J Bizzari, Jr lawabp@aol.com
        ANDREA B. PAUL    on behalf of Joint Debtor Elizabeth T. Bizzari lawabp@aol.com
        ANDREW F GORNALL    on behalf of Creditor    JP MORGAN CHASE BANK, NA agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
        BRIAN CRAIG NICHOLAS    on behalf of Creditor    JP MORGAN CHASE BANK, NA bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JP MORGAN CHASE BANK, NA bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
        THOMAS I. PULEO    on behalf of Creditor    JP MORGAN CHASE BANK, NA tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
        WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA, Inc. mortonlaw.bcraig@verizon.net,  mhazlett@mortoncraig.com
                                                                                                        TOTAL: 9

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 13-17729-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Patrick J Bizzari, Jr
438 Edgemore Road
Philadelphia PA 19151

Elizabeth T. Bizzari
438 Edgemore Road
Philadelphia PA 19151

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/11/2017.

Name and Address of Alleged Transferor(s):

Claim No. 6: SPRINGLEAF FINANCIAL SERVICES, INC., P.O. BOX 3251, EVANSVILLE, IN 47731

Name and Address of Transferee:

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   04/13/17

Tim McGrath
**CLERK OF THE COURT**