# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Patrick J. Bizzari Jr.<br>      Elizabeth T. Bizzari<br>                  Debtors | CHAPTER 13 |
| JPMorgan Chase Bank, N.A.<br>                  Movant<br>      vs. | NO. 13-17729 AMC |
| Patrick J. Bizzari Jr.<br>Elizabeth T. Bizzari<br>                  Debtors | 11 U.S.C. Sections 362 and 1301 |
| William C. Miller Esq.<br>                  Trustee | |

## **ORDER**

AND NOW, this 16th day of May, 2017 at Philadelphia, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement executed on March 25, 2017 does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

                                                                   Ashely M. Chan
                                                                   United States Bankruptcy Judge

cc: See attached service list

Patrick J. Bizzari Jr.
438 Edgemore Road
Philadelphia, PA 19151

Elizabeth T. Bizzari
438 Edgemore Road
Philadelphia, PA 19151

ANDREA B. PAUL ESQUIRE
Harper & Paul
140 W. Maplewood Avenue (VIA ECF)
Philadelphia, PA 19144

William C. Miller Esq.
111 S. Independence Mall (VIA ECF)
Suite 583
Philadelphia, PA 19106

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532