United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 13-17729-amc
Patrick J Bizzari, Jr                                                     Chapter 13
Elizabeth T. Bizzari
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: Stacey                  Page 1 of 1              Date Rcvd: May 16, 2017
                               Form ID: pdf900               Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 18, 2017.
db/jdb         +Patrick J Bizzari, Jr,   Elizabeth T. Bizzari,   438 Edgemore Road,
                 Philadelphia, PA 19151-4017
cr             +NCEP, LLC,   P.O. Box 165028,   Irving, TX 75016-5028
cr             +NCEP, LLC by AIS Data Services, LP as agent,   PO Box 165028,   Irving, TX 75016-5028
cr             +Santander Consumer USA, Inc.,   P.O. Box 562088, Suite 900 North,   Dallas, TX 75356-2088

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov May 17 2017 01:16:13    City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 17 2017 01:15:46
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 17 2017 01:16:03    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 17 2017 01:18:41
                 PRA  Receivables Management LLC,   POB 41067,   Norfolk, VA 23541-1067
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 16, 2017 at the address(es) listed below:
              ANDREA B. PAUL    on behalf of Debtor Patrick J Bizzari, Jr lawabp@aol.com
              ANDREA B. PAUL    on behalf of Joint Debtor Elizabeth T. Bizzari lawabp@aol.com
              ANDREW F GORNALL    on behalf of Creditor    JP MORGAN CHASE BANK, NA agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    JP MORGAN CHASE BANK, NA bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JP MORGAN CHASE BANK, NA bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    JP MORGAN CHASE BANK, NA tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA, Inc.
               mortonlaw.bcraig@verizon.net,    mhazlett@mortoncraig.com
                                                                                              TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Patrick J. Bizzari Jr.<br>Elizabeth T. Bizzari<br>                      Debtors<br><br>JPMorgan Chase Bank, N.A.<br>                      Movant<br>      vs.<br><br>Patrick J. Bizzari Jr.<br>Elizabeth T. Bizzari<br>                      Debtors<br><br>William C. Miller Esq.<br>                      Trustee | CHAPTER 13<br><br><br><br>NO. 13-17729 AMC<br><br><br><br>11 U.S.C. Sections 362 and 1301 |

**ORDER**

      AND NOW, this  16th  day of   May   , 2017 at Philadelphia, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

      The Motion is granted and the Loan Modification Agreement executed on March 25, 2017 does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

                                          Ashely M. Chan
                                          United States Bankruptcy Judge

cc: See attached service list

Patrick J. Bizzari Jr.
438 Edgemore Road
Philadelphia, PA 19151

Elizabeth T. Bizzari
438 Edgemore Road
Philadelphia, PA 19151

ANDREA B. PAUL ESQUIRE
Harper & Paul
140 W. Maplewood Avenue (VIA ECF)
Philadelphia, PA 19144

William C. Miller Esq.
111 S. Independence Mall (VIA ECF)
Suite 583
Philadelphia, PA 19106

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532