## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : Bankruptcy Case No. 13-17729 |
| | : |
| PATRICK J. BIZZARI, JR. | : Chapter 13 |
| and ELIZABETH T. BIZZARI | : **Hearing Date, Time & Place** |
| | : **June 27, 2017 @ 11:00 a.m.** |
| vs. | : **Courtroom 5, Bankruptcy Court** |
| JP MORGAN CHASE BANK, N,A. | : **900 Market Street, 2nd Floor** |
| | : **Philadelphia, Pa. 19107** |

### NOTICE OF MOTION

Patrick J. Bizzari, Jr. and Elizabeth T. Bizzari has filed Motion for Leave to Amend Plan after Confirmation.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before 06/13/2017 you or your attorney must do all of the following:

   (a) or efile an answer explaining your position at United States Bankruptcy Court website for efiling or for mailing to:

   Office of the Clerk
   United States Bankruptcy Court
   For the Eastern District of Pennsylvania
   Robert N.C. Nix Federal Building
   900 Market Street, Suite 400
   Philadelphia, Pa. 19107

   If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and
   (b) mail a copy to the movant's attorney:

   Andrea B. Paul, Esquire
   140 West Maplewood Avenue
   Philadelphia, Pa. 19144-3307
   (215) 844-4848
   Fax (215) 844-0464

(c)    If you or your attorney do not take the steps described in paragraph 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

(d).    A hearing on the motion is scheduled to be held before the Honorable Ashely M. Chan on Tuesday, June 27, 2017 at 11:00 a.m. in United States Bankruptcy Court for the Eastern District of Pennsylvania, Robert N.C. Nix Federal Building, Courtroom 5, 2nd Floor, 900 Market Street, Philadelphia, Pa. 19107.

(e)    If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph.

(f)    You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

Date: 5/22/2017