## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| PATRICK J. BIZZARI, JR. | : | BANKRUPTCY |
| and ELIZABETH T. BIZZZARI | : | |
| | : | NO. 13-17729 |

## ORDER

**AND NOW,** this 27th day of June, 2017, upon consideration of Debtors' Motion to Amend Plan after Confirmation, it is hereby **ORDERED** and **DECREED** that the Debtors are granted leave to file an Amended Plan.

BY THE COURT

_/s/ Ashely M. Chan_  J.
Ashely M. Chan
United States Bankruptcy Judge