**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| PATRICK J. BIZZARI, JR. | : | |
| and ELIZABETH T. BIZZARI | : | NO. 13-17729 |

**DEBTORS' AMENDED**
**CHAPTER 13 PLAN**

1.  The future earnings of the Debtors are submitted to the supervision and control of the Trustee and the Debtors shall pay to the Trustee the sum of $118.40 per month for 3 months, then $168.00 for 20 months and then the sum of $400.00 per month for 18 months and then $533.75 per month for remaining 19 months.

2.  From payments so received, the Trustee shall make disbursements as follows:

    (a)  Full payment in deferred cash payments of all claims entitled to priority under 11USC§ 507.

    1. There are no priority debts.

    (b)  Holders of allowed secured claims shall retain the liens securing the claims and shall be paid as follows:

    1. Arrears due to JP Morgan Chase Bank, N.A. shall be paid through the Plan until September 30, 2016. JP Morgan Chase Bank N.A. shall be paid pursuant to Loan Modification Agreement outside the Plan. There are no further arrears.

    Arrears due to Springleaf Financial Services (Portfolio) (Claim # 6) shall be paid through the Plan. Debtors shall make current post petition payments outside the Plan to Secured Creditor, Springleaf Financial Services.

    2. Secured Claim to City of Philadelphia shall be paid through the Plan.

    3. Santander Consumer USA now known as NCEP, LLC (Claim # 3) shall not be provided for in the Plan. Debtors' daughter has possession of the vehicle and is paying said Creditor.

    4. Sallie Mae (Claim # 4) shall be paid outside the Plan.

    (c )  Unsecured Claims shall be paid through the Plan.

3.  The following executory contracts of the debtor are rejected: None.

4.  Trustee Fees. Percentage fees payable to the trustee will be paid at the rate fixed by the United States Trustee, not to exceed 10%.

*/s/ Andrea B. Paul*
ANDREA B. PAUL, Esquire
Attorney for Debtors