United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Patrick J Bizzari, Jr  
Elizabeth T. Bizzari  
    Debtors

Case No. 13-17729-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Stacey      Page 1 of 1      Date Rcvd: Jun 28, 2017  
                         Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2017.  
db/jdb        +Patrick J Bizzari, Jr,    Elizabeth T. Bizzari,   438 Edgemore Road,      Philadelphia, PA 19151-4017

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2017                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2017 at the address(es) listed below:  
         ANDREA B. PAUL    on behalf of Debtor Patrick J Bizzari, Jr lawabp@aol.com  
         ANDREA B. PAUL    on behalf of Joint Debtor Elizabeth T. Bizzari lawabp@aol.com  
         ANDREW F GORNALL    on behalf of Creditor    JP MORGAN CHASE BANK, NA agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
         BRIAN CRAIG NICHOLAS    on behalf of Creditor    JP MORGAN CHASE BANK, NA bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JP MORGAN CHASE BANK, NA bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
         THOMAS I. PULEO    on behalf of Creditor    JP MORGAN CHASE BANK, NA tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,    philaecf@gmail.com  
         WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA, Inc. ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                                                          TOTAL: 9

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              :    CHAPTER 13
                                    :
PATRICK J. BIZZARI, JR.             :    BANKRUPTCY
and ELIZABETH T. BIZZZARI           :
                                    :    NO. 13-17729

ORDER

AND NOW, this 27th day of June, 2017, upon consideration of Debtors' Motion to Amend Plan after Confirmation, it is hereby ORDERED and DECREED that the Debtors are granted leave to file an Amended Plan.

BY THE COURT

_____
Ashely M. Chan                J.
United States Bankruptcy Judge