# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

           Chapter 13

           Bankruptcy No. 13-17729-AMC

PATRICK J BIZZARI JR
ELIZABETH T. BIZZARI
438 EDGEMORE ROAD

PHILADELPHIA, PA 19151

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    PATRICK J BIZZARI JR
    ELIZABETH T. BIZZARI
    438 EDGEMORE ROAD

    PHILADELPHIA, PA 19151

Counsel for debtor(s), by electronic notice only.

    ANDREA B. PAUL ESQ
    HARPER AND PAUL
    140 W. MAPLEWOOD AVENUE
    PHILADELPHIA, PA 19144

                                                    /S/ William C. Miller

Date: 11/7/2017                                _____

                                                    William C. Miller, Esquire
                                                    Chapter 13 Standing Trustee