**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| PATRICK J BIZZARI JR<br>ELIZABETH T. BIZZARI | Chapter 13 |
| Debtor | Bankruptcy No. 13-17729-AMC |

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

    **AND NOW**, this ___3rd___ day of ___January___, 2018, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

    **ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ANDREA B. PAUL ESQ
HARPER AND PAUL
140 W. MAPLEWOOD AVENUE
PHILADELPHIA, PA 19144


Debtor:
PATRICK J BIZZARI JR
ELIZABETH T. BIZZARI
438 EDGEMORE ROAD

PHILADELPHIA, PA 19151