United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 13-17729-amc
Patrick J Bizzari, Jr
Elizabeth T. Bizzari                                            Chapter 13
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: DonnaR         Page 1 of 2         Date Rcvd: Jan 03, 2018
                             Form ID: pdf900      Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2018.
```
db/jdb         +Patrick J Bizzari, Jr,    Elizabeth T. Bizzari,    438 Edgemore Road,
                 Philadelphia, PA 19151-4017
cr             +NCEP, LLC by AIS Data Services, LP as agent,    PO Box 165028,    Irving, TX 75016-5028
cr             +Santander Consumer USA, Inc.,    P.O. Box 562088, Suite 900 North,    Dallas, TX 75356-2088
13244732       +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,    2230 E Imperial Hwy,
                 El Segundo, CA 90245-3504
13202331       +Bryn Mawr Hospital,    Patient Accounting/Business Office,    240 Radnor Chester Road,
                 Suite 110,    Radnor, Pa 19087-5174
13141361       +Chase Mortgage,    3415 Vision Drive,    Columbus, OH 43219-6009
13141065       +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield, MI 48034-8331
13141362       +Credit Acceptance Corporation,    Silver Triangle Building,    25505 West Twelve Mile Road,
                 Suite 3000,    Southfiled,MI 48034-8331
13141364       +Directv,    P.O. Box 1172,    Newark, NJ 07101-1172
13141365       +IC System,    P.O. Box 64378,    Saint Paul, MN 55164-0378
13195158       +JPMorgan Chase Bank, National Association,    Attn: Correspondence Mail,    Mail Code LA4-5555,
                 700 Kansas Lane,    Monroe, LA 71203-4774
13141367       +Lankenau Medical Center,    Patient Acct Business Office,    240 Radnor Chester Road,
                 Radnor, PA 19087-5170
13462218       +NCEP, LLC,    P.O. Box 165028,    Irving, TX 75016-5028
13141369        Orthopaedic Specialists, PC,    27 S. Bryn Mawr Avenue,    Bryn Mawr, PA 19010-3406
13141370       +Pro Co,    P. O. Box 2462,    Aston, PA 19014-0462
13141371       +Rent A Center,    135 S. 69th Street,    Upper Darby, PA 19082-3212
13171860       +Sallie Mae Inc. on behalf of NJHESAA,    P.O. Box 548,    Trenton, NJ 08625-0548
13151342        Santander Consumer USA,    P.O. Box 560284,    Dallas, TX 75356-0284
13141373       +Santander Consumer USA,    P. O. Box 961245,    Fort Worth, TX 76161-0244
13141377       +Verizon Wireless,    P.O. Box 3397,    Bloomington, IL 61702-3397
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Jan 04 2018 01:50:14     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 04 2018 01:49:55
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 04 2018 01:50:04     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 04 2018 01:57:52
                 PRA  Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
13144313       +E-mail/Text: g20956@att.com Jan 04 2018 01:50:18     AT&T Mobility II LLC,
                 % AT&T Services, Inc,    Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A104,
                 Bedminster, NJ 07921-2693
13141360       +E-mail/Text: g20956@att.com Jan 04 2018 01:50:18     At & T Mobility,    P.O. Box 537104,
                 Atlanta, GA 30353-7104
13242524        E-mail/Text: bankruptcy@phila.gov Jan 04 2018 01:50:13     City of Philadelphia,
                 Law Department - Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13141363       +E-mail/Text: bankruptcy_notifications@ccsusa.com Jan 04 2018 01:50:20
                 Credit Collection Services,    Two Wells Avenue,    Newton, MA 02459-3246
13141366       +E-mail/Text: bnckohlsnotices@becket-lee.com Jan 04 2018 01:49:42     Kohls,
                 N56 W 17000 Ridgewood Drive,    Menomonee Falls, WI 53051-7096
13467573       +E-mail/PDF: AIS.credigy.ebn@americaninfosource.com Jan 04 2018 01:58:18     NCEP, LLC,
                 by AIS Data Services, LP as agent,    PO Box 4138,    Houston, TX 77210-4138
13141368       +E-mail/Text: egssupportservices@alorica.com Jan 04 2018 01:50:01     NCO Financial Systems, Inc,
                 5100 Peachtree Industrial Blvd, Dept LK,    Norcross, GA 30071-5721
13899478        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 04 2018 01:58:06
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
13166451       +E-mail/Text: bankruptcy@rentacenter.com Jan 04 2018 01:50:21     REnt A Center,
                 5501 Headquarters DRive,    Plano, TX 75024-5845
13201152        E-mail/PDF: cbp@onemainfinancial.com Jan 04 2018 01:51:49
                 SPRINGLEAF FINANCIAL SERVICES, INC.,    P.O. BOX 3251,    EVANSVILLE, IN 47731
13141372       +E-mail/PDF: pa_dc_claims@navient.com Jan 04 2018 01:51:50     Sallie Mae,    P. O. Box 9533,
                 Wilkes Barre, PA 18773-9533
13141374        E-mail/Text: bankruptcy@sw-credit.com Jan 04 2018 01:49:59     Southwest Credit,
                 4120 International Pkwy,    Suite 1100,    Carrollton, TX 75007-1958
13141375       +E-mail/PDF: cbp@onemainfinancial.com Jan 04 2018 01:51:39     Springfield Financial Services,
                 519 Baltimore Pike,    Springfield, PA 19064-3811
                                                                                               TOTAL: 17
```

```
District/off: 0313-2          User: DonnaR               Page 2 of 2              Date Rcvd: Jan 03, 2018
                              Form ID: pdf900            Total Noticed: 37
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +NCEP, LLC,    P.O. Box 165028,    Irving, TX 75016-5028
13141376    ##+Transcare Corporation,    1 Metrotech Center,    20th floor,    Brooklyn, NY 11201-3949
                                                                                TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2018 at the address(es) listed below:

```
            ANDREA B. PAUL    on behalf of Debtor Patrick J Bizzari, Jr lawabp@aol.com
            ANDREA B. PAUL    on behalf of Joint Debtor Elizabeth T. Bizzari lawabp@aol.com
            ANDREW F GORNALL    on behalf of Creditor    JP MORGAN CHASE BANK, NA agornall@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            BRIAN CRAIG NICHOLAS    on behalf of Creditor    JP MORGAN CHASE BANK, NA bnicholas@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JP MORGAN CHASE BANK, NA bkgroup@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            THOMAS I. PULEO    on behalf of Creditor    JP MORGAN CHASE BANK, NA tpuleo@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
            WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
            WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA, Inc.
             ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 9
```

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PATRICK J BIZZARI JR  
ELIZABETH T. BIZZARI

Chapter 13

Debtor

Bankruptcy No. 13-17729-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this __3rd__ day of __January__, 2018, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____  
Ashely M. Chan  
Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
ANDREA B. PAUL ESQ  
HARPER AND PAUL  
140 W. MAPLEWOOD AVENUE  
PHILADELPHIA, PA 19144

Debtor:  
PATRICK J BIZZARI JR  
ELIZABETH T. BIZZARI  
438 EDGEMORE ROAD

PHILADELPHIA, PA 19151